IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

AARON LYONS,

    Plaintiff,

v.                                                                 No. 1:26-cv-01102-JDB-jay

OBION COUNTY, TENNESSEE,
GOVERNMENT,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL DISMISSAL AS MOOT

Pending on the Court's docket is the motion of the Defendant, Obion County, Tennessee, Government, for partial dismissal of Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  (Docket Entry ("D.E.") 10.)  On August 5, 2026, Plaintiff moved to amend his complaint in order to address issues raised in the motion to dismiss.  (D.E. 20.)  The motion was granted (D.E. 21) and the amended pleading was filed the following day (D.E. 22).

"[A]n amended complaint supersedes all prior complaints."  *Drake v. City of Detroit, Mich.*, 266 F. App'x 444, 448 (6th Cir. 2008).  Accordingly, the pending dispositive motion is now moot, and is DENIED on that basis.

IT IS SO ORDERED this 7th day of August 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE